D. J. LAMB v. J. W. BOYLES.

(Filed 7 November, 1928.)

APPEAL by plaintiff from *Stack, J.,* at May Term, 1928, of DAVIDSON. Affirmed.

*Walser & Walser and Phillips & Bower for plaintiff.*
*Raper & Raper and H. R. Kyser for defendant.*

PER CURIAM. Pursuant to the decision in the former appeal the action was dismissed. *Lamb v. Boyles,* 192 N. C., 542. The plaintiff again brought suit and again there was a judgment of nonsuit. In all essential features the evidence in the two cases is substantially the same. The judgment is affirmed in accordance with the opinion cited above and with *Perry v. Bottling Co., ante,* 175.

Affirmed.